**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 20-1101**

─────────────

EYAD ASI,

Plaintiff - Appellant,

v.

INFORMATION MANAGEMENT GROUP, INC.,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:18-cv-03161-SAG)

─────────────

Submitted:  July 14, 2022                                        Decided:  August 26, 2022

─────────────

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Eyad Asi, Appellant Pro Se.  Judith Gibson Cornwell, Jeffrey Martin Schawber, STEIN SPERLING BENNETT DEJONG DRISCOLL PC, Rockville, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eyad Asi appeals the district court's order granting summary in favor of Information Management Group, Inc. ("IMG") in Asi's action alleging IMG retaliated against him, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and 42 U.S.C. § 1981.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *See Asi v. Info. Mgmt. Grp., Inc.*, No. 1:18-cv-03161-SAG (D. Md. Dec. 31, 2019).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*